GREGORY S. WESTON (Bar No. 239944)
*greg@westonfirm.com*
The Weston Firm
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile:  (619) 343-2789

Attorney for Plaintiff Tiffni Altes


John D. Alessio (Bar No. 174900)
E-mail:       john.alessio@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail:       sean.sullivan@procopio.com
Justin M. Fontaine (Bar No. 323357)
E-mail:       justin.fontaine@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant
STAR BRANDS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| TIFFNI ALTES on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAR BRANDS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 2:19-cv-04399<br><br>**STIPULATION TO STAY THE CASE; [PROPOSED] ORDER**<br><br>Dept.:    Courtroom 10B<br>Judge:   Hon. John A. Kronstadt<br><br>Complaint Filed: May 21, 2019<br>Trial Date: |
|---|---|

Plaintiff Tiffni Altes ("Plaintiff") and Defendant Star Brands North America, Inc. ("Star Brands") through their respective attorneys of record, stipulate:

## **RECITALS**

WHEREAS, Defendant intended to move to dismiss the Complaint because, *inter alia*, Plaintiff's claims for unfair competition (Cal. Bus. & Prof. Code §§ 17200 *et seq*.) and breach of the implied warranty of merchantability are preempted by federal law.

WHEREAS, on July 11, 2019 the parties met and conferred regarding the merits of Defendant's motion to dismiss under Local Rule 7-3.

WHEREAS, the case captioned *McGee v. S-L Snacks Nat'l, LLC*, Case No. 17-55577 is pending before the Ninth Circuit and involves a similar challenge to using partially hydrogenated oil ("PHO") in foods. Counsel for Plaintiffs represents the plaintiff in *McGee*.

WHEREAS, the Ninth Circuit held oral argument in the *McGee* case on December 5, 2018. At that argument, Plaintiff's counsel requested that the decision be published to provide guidance on similar pending cases given what he believes is a split of authority on the issue of federal preemption of the claims.

WHEREAS, the issue of preemption of PHO "use" claims is one of the grounds challenged in *McGee* such that the Ninth's Circuit's decision will likely resolve the preemption issue on which Defendant plans to support its motion to dismiss. Given the strong similarity of the cases, it may also provide guidance on other potential issues that would be raised in the motion to dismiss.

WHEREAS, good cause exists to allow the court to modify its schedule and stay this litigation until after a decision in *McGee v. S-L Snacks Nat'l, LLC*. *See* Fed. R. Civ. P. 16(b)(4); *Clinton v. Jones*, 520 U.S. 681, 706 (1997).

/ / /

/ / /

# **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED that:

1. The court should enter an order staying this action pending the resolution of *McGee v. S-L Snacks Nat'l, LLC*, Case No. 17-55577 (9th Cir.).

2. Plaintiff shall file a Status Report within seven (7) days of the issuance of the Ninth Circuit's opinion in *McGee*.

3. Defendant shall file its response to the Complaint within twenty (20) days after the Ninth Circuit issues its opinion in *McGee*.

4. The parties shall submit a status report regarding whether the stay should continue every three (3) months after the entry of the Court's Order adopting this stipulation and imposing a stay.

**SO STIPULATED.**

DATED: July 15, 2019            THE WESTON FIRM

                                By: *s/Gregory S. Weston*
                                    Gregory S. Weston
                                    Attorneys for Plaintiff
                                    TIFFNI ALTES

DATED: July 15, 2019            PROCOPIO, CORY, HARGREAVES &
                                   SAVITCH LLP

                                By: *s/Sean M. Sullivan*
                                    John D. Alessio
                                    Sean M. Sullivan
                                    Justin M. Fontaine
                                    Attorneys for Defendant
                                    STAR BRANDS NORTH AMERICA,
                                    INC.

1  I, Sean M. Sullivan, am the filer of the Stipulation to Stay Case. Pursuant to Fed.R.Civ.P. 41(A)(1), and hereby certify that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the content of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "/s/" electronic signatures appearing within the foregoing document which are not my own.

DATED: July 15, 2019

Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101

By: *s/Sean M. Sullivan*
    Sean M. Sullivan
    Attorneys for Defendant Star Brands
    North America, Inc.