| | |
|---|---|
| **THE WESTON FIRM**<br>GREGORY S. WESTON (239944)<br>*greg@westonfirm.com*<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110<br>Telephone:  (619) 798-2006<br>Facsimile:    (619) 343-2789<br><br>**Counsel for Plaintiff** | **PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP**<br>JOHN D. ALESSIO (174900*)*<br>SEAN SULLIVAN (254372)<br>525 B St., Suite 2200<br>San Diego, CA 92101<br>Telephone: (619) 525-3899<br>Facsimile: (619) 235-0398<br><br>**Counsel for Defendant** |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFNI ALTES, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STAR BRANDS NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 2:19-cv-4399-JAK-AS<br>Pleading Type: Class Action<br><br>**JOINT STATUS REPORT RE STAY PENDING RELATED APPEAL**<br><br>Judge: The Honorable John A. Kronstadt |

.

Pursuant to the Court's Order re Stipulation to Stay Case (Dkt. 12), Plaintiff Tiffni Altes and Defendant Star Brands North America, Inc (collectively "the Parties"), respectfully submit the following Joint Status Report.

On July 15, 2019, the Parties filed a Joint Stipulation to Stay Case. Dkt. 11. The Parties argued a stay was appropriate because *McGee v. S-L Snacks Nat'l, LLC*, Case No. 17-55577 (9th Cir.), which is currently pending before the Ninth Circuit, "involves a similar challenge to using partially hydrogenated oil ("PHO") in foods." Dkt. 11.

On July 17, 2019, the Court issued its order staying this action pending *McGee* and directing the Parties to file "file a joint report as to the status of the McGee Action on the earlier of every 60 days, or within 10 days of the issuance of a decision by the Ninth Circuit." Dkt. 12. Consistent with this order, the Parties submitted a Joint Status Report on September 13, 2019. Dkt. 13.

The Ninth Circuit heard oral argument in *McGee* on December 5, 2018. During oral argument, counsel for McGee and for Plaintiff here requested the Ninth Circuit issue a published decision on this matter on the grounds that (1) district courts have decided the identical preemption issue involving state-law challenges to the use of partially hydrogenated oil; (2) several district courts had stayed their proceedings pending a decision.

The Ninth Circuit panel that heard the appeal looks like it will grant the request to resolve the preemption issue before this Court with a published opinion. Of the six cases assigned to the *McGee* panel, five were resolved in January 2019 in unpublished decisions, about a month after argument. *McGee* has now been pending for more than eleven months. Thus, it appears there is a good chance there will be specific, binding guidance from the Ninth Circuit on a difficult issue which has split district courts in California. Should the district court order challenged in *McGee* be affirmed on the grounds of federal preemption, Plaintiff will voluntarily dismiss this action.

2

*Altes v. Star Brands North America, Inc.*, Case No. 2:19-cv-4399-JAK-AS
JOINT STATUS REPORT RE STAY PENDING RELATED APPEAL

| | |
|---|---|
| DATED: November 13, 2019 | Respectfully Submitted, |

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiff**


s/ Sean Sullivan
John D. Alessio
Sean Sullivan
**PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP**
525 B. St., Suite 2200
San Diego, CA 92101
Telephone: (619) 525-3899
Facsimile: (619) 235-0398

**Counsel for Defendant**

3

*Altes v. Star Brands North America, Inc.*, Case No. 2:19-cv-4399-JAK-AS
JOINT STATUS REPORT RE STAY PENDING RELATED APPEAL