**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone: (619) 798-2006
Facsimile: (619) 343-2789

**Counsel for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFNI ALTES on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAR BRANDS NORTH AMERICA, INC.<br><br>Defendant. | Case No: 2:19-cv-04399-JAK-(ASx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**<br><br>Judge: The Honorable John A. Kronstadt |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that, pursuant to Fed. R. Civ. P. 41(A)(1)(a), Plaintiff Tiffni Altes hereby voluntarily dismisses this action in its entirety without prejudice. No stipulation or order of the Court is required to dismiss this case because the Defendants have not answered nor moved for summary judgment.

DATED: December 14, 2020

Respectfully Submitted,

/s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (619) 343-2789

**Counsel for Plaintiff**